JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADVANTAGE AMP, Inc. <br><br> Defendant. | Case No. CV 19-5155-GW-Ex <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
PAGE **1**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Express Mobile, Inc. and defendant Advantage AMP, Inc., it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Express Mobile, Inc. against defendant Advantage AMP, Inc. be, and hereby are, dismissed without prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendant Advantage AMP, Inc. against plaintiff Express Mobile, Inc. be, and hereby are, dismissed without prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses, and costs.

Dated: January 24, 2020

_____
The Honorable George H. Wu
United States District Judge